**Order entered May 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00127-CV**

**IN RE PAUL RUDNICKI, Relator**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00644**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE